Submitted December 5, 2008, reversed January 7, 2009

In the Matter of G. G.,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

G. G.,
*Appellant.*

Multnomah County Circuit Court
070868979; A136863

199 P3d 890

Lance D. Perdue filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Rene C. Holmes, Assistant Attorney General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Armstrong, Judge, and Rosenblum, Judge.

PER CURIAM

**PER CURIAM**

Appellant in this mental commitment case appeals a judgment committing him to the Mental Health Division for treatment for a period of time not to exceed 180 days. ORS 426.130. The trial court found that appellant suffers from a mental disorder and is a danger to himself and others. The state concedes that the record lacks clear and convincing evidence that appellant's mental disorder causes him to be either a danger to himself or to others. On *de novo* review, we find the state's concession to be well founded and accept it.

Reversed.